■ In the Matter of STATE OF NEW YORK, Respondent, v JUAN O., Appellant. [1 NYS3d 856]—

In a proceeding pursuant to Mental Hygiene Law article 10 for the civil management of Juan O., an alleged sex offender requiring civil management, Juan O. appeals from an order of the Supreme Court, Orange County (De Rosa, J.), dated February 3, 2014, which, upon a stipulation that he suffers from a mental abnormality as defined in Mental Hygiene Law § 10.03 (i), and upon a determination, made after a dispositional hearing pursuant to Mental Hygiene Law § 10.07 (f), that he is currently a dangerous sex offender requiring confinement, granted the petition and directed that he be committed to a secure facility for care and treatment.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the appellant's contention, the Supreme Court properly determined, by clear and convincing evidence, that he is a "dangerous sex offender" requiring confinement, as defined by Mental Hygiene Law § 10.07 (f) (*see Matter of State of New York v Humberto G.*, 119 AD3d 594 [2014], *lv granted* 24 NY3d 909 [2014]; *Matter of State of New York v Edison G.*, 107 AD3d 723 [2013]; *Matter of State of New York v Nelson D.*, 105 AD3d 968 [2013]; *see also Matter of State of New York v Michael M.*, 24 NY3d 649 [2014]). Dillon, J.P., Dickerson, Chambers and Roman, JJ., concur.